# IN THE SUPREME COURT OF THE STATE OF NEVADA

SANFORD GEWURZ,
Appellant,
vs.
JEFF MINER,
Respondent.

No. 74680

FILED

JAN 2 4 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK



## ORDER DISMISSING APPEAL

This appeal was docketed in this court on December 15, 2017, without payment of the requisite filing fee. On that same day a notice was issued directing appellant to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this appeal. Accordingly, cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:　Hon. Ronald J. Israel, District Judge
　　　Sanford Gewurz
　　　Jeff Miner
　　　Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

18-03304